```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12636
     WESLEY WATSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-6375


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/16/2007 and was not confirmed.

     The case was dismissed without confirmation 10/31/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
UERONICA HANDLEY           NOTICE ONLY      NOT FILED            .00           .00
IL DEPT OF HEALTHCARE &    PRIORITY         NOT FILED            .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED            .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY           6163.16            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY           6163.16            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00           .00
ADRIENNE BUFORD FOGGS      UNSEC W/INTER    NOT FILED            .00           .00
AFNI                       UNSEC W/INTER    NOT FILED            .00           .00
ARGENT HEALTHCARE          UNSEC W/INTER    NOT FILED            .00           .00
BUNRS & KASMEN             UNSEC W/INTER        433.04           .00           .00
CAPITAL ONE                UNSEC W/INTER       1470.11           .00           .00
COOK COUNTY CHILD SUPPOR   UNSEC W/INTER    NOT FILED            .00           .00
COLUMBUS B&T GEORGIA       UNSEC W/INTER    NOT FILED            .00           .00
CREDIT MANAGEMENT INC      UNSEC W/INTER    NOT FILED            .00           .00
EMCC INC                   UNSEC W/INTER        314.23           .00           .00
FIRST MIDWEST BANK         UNSEC W/INTER        135.22           .00           .00
FIRST PREIMER BANK         UNSEC W/INTER    NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSEC W/INTER    NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSEC W/INTER    NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSEC W/INTER    NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSEC W/INTER    NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSEC W/INTER    NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSEC W/INTER    NOT FILED            .00           .00
ISLAND NATIONAL GROUP      UNSEC W/INTER    NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE C   UNSEC W/INTER    NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER        690.70           .00           .00
OXFORD COLLECTION SERVIC   UNSEC W/INTER    NOT FILED            .00           .00
PERMA SEAL                 UNSEC W/INTER    NOT FILED            .00           .00
PIN CRED SER               UNSEC W/INTER    NOT FILED            .00           .00
RICHARD GRENVICH           UNSEC W/INTER    NOT FILED            .00           .00
THE DIAMOND CENTER         UNSEC W/INTER    NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 12636 WESLEY WATSON
```

```
ECMC                     UNSEC W/INTER   10616.61              .00              .00
IL DEPT OF EMPLOYMENT SE UNSEC W/INTER   15668.85              .00              .00
VERONICA HANDLEY         NOTICE ONLY   NOT FILED               .00              .00
WELLS FARO BANK          UNSEC W/INTER     111.67              .00              .00
INTERNAL REVENUE SERVICE UNSEC W/INTER   24766.41              .00              .00
HOUSEHOLD BANK/PRIVATE L UNSEC W/INTER    1888.57              .00              .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER     267.66              .00              .00
NORTHWESTERN MED FACULTY UNSEC W/INTER     689.40              .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     1,834.00                           561.60
TOM VAUGHN               TRUSTEE                                             38.40
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    600.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    561.60
TRUSTEE COMPENSATION                               38.40
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                     600.00              600.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 01/25/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 07 B 12636 WESLEY WATSON